# EXHIBIT 4

# [FILED UNDER SEAL]

# EXHIBIT 5

[FILED UNDER SEAL]

# EXHIBIT 6

# [FILED UNDER SEAL]

# EXHIBIT 7



REPÚBLICA DE ANGOLA
**MINISTÉRIO DA ENERGIA E ÁGUAS**
GABINETE DO SECRETÁRIO DE ESTADO DA ENERGIA

**ACTA DE REUNIÃO**

Aos nove dias do mês de Agosto de dois mil e dezassete, pelas 11h00, realizou-se uma reunião de balanço no MINEA, presidida por Sua Excia Senhor Secretário de Estado da Energia, Eng.º António Belsa da Costa, com o objectivo de avaliar a situação geral dos projectos contratados à Aenergy ao abrigo da Linha de Crédito da GE Capital.

<u>**Presenças:**</u>

→ Dr. Adalberto Azevedo – Director do Gabinete do SEE;

→ Eng.º José Salgueiro – Director do GEPE;

→ Dr. João Paiva Director Jurídico;

→ Dr. António Emanuel – Técnico do Gabinete Jurídico do MINEA;

→ Eng.º José Neto – PCA da PRODEL;

→ Eng.º Job Vilinga – Administrador da PRODEL;

→ Dr. Jorge Morgado – Co-CEO da Aenergy;

→ Eng.º Ivo Pizarro – COO da Aenergy;

→ Eng.º Wilson da Costa – CEO da GE-Angola;

→ Eng.º Michel Abou – Director da DAR Angola;

→ Eng.ª Sandra Frazão – Coordenadora de Projecto da DAR Angola,.

<u>**Temas Tratados:**</u>

• Situação geral de cada um dos projectos contratados à Aenergy ao abrigo da linha de crédito da GE Capital;

• Mapa de situação-resumo, projecto a projecto, apresentado pela DAR em resultado da revisão e entendimento que fez aos projectos em curso.

1

Após saudação aos presentes, Sua Excia. Secretário de Estado da Energia começou por reiterar o facto de constantemente manifestar preocupação pela forma como os projectos estão a ser conduzidos, agravado pelo recente pronunciamento do Vice-Governador do Cuando Cubango, a propósito da paralisação das obras de construção da Central do Cuebe, dizendo que, apesar das obras já terem reiniciado, recomendou a AENERGY para garantir os pagamentos a fim de serem concluídas, esperando que até a próxima semana se faça prova do pagamento. Findo pronunciamento, cedeu à palavra a DAR que procedeu a apresentação das conclusões obtidas, caso a caso, que carecem de clarificações e complemento da Aenergy, tendo merecido os seguintes comentários:

**Aenergy:** Ficou de responder e clarificar as Notas efectuadas pela DAR com o objectivo de possibilitar a DAR uma reavaliação de algumas das conclusões preliminares, enviando os elementos solicitados nas referidas Notas;

**DAR:** Irá refazer o mapa e partilhar com as partes envolvidas;

**Aenergy/PRODEL:** Reforçaram junto da DAR que a data de início do contrato de O&M+CSA da Central do Soyo, acordada por Memorando entre as partes, é de 01.04.2018;

**Recepção Provisória da CT Quileva**

**S. E. SEE** – Deu orientação à DAR para preparar a lista de pendências a fim de possibilitar uma recepção provisória da Central com cronograma de execução para a resolução das referidas pendências por parte da Aenergy;

A pedido de Sua Excia Secretário de Estado ficou acordado que a Aenergy enviaria à PRODEL um draft de Memorando, para cada caso, para assinatura entre as partes para suportar um conjunto de alterações efectuadas aos projectos de comum acordo MINEA_PRODEL_AE, a saber: 1. Quileva (localização e tecnologia), 2. Saurimo (localização), 3. Banco de Peças (prazo e CT Xitoto), 4. Boavista 1 (prazo), 5. CSA Regional (redução de scope versos aumento do prazo) e 6. Ondjiva (localização e proposta de O&M), possibilitando resolver de uma vez este tema pendente desde final de 2017.

**Condições e Plano de desembolsos da linha de crédito da GE Capital**

**GE:** Confirmou estar disponível para prestar uma garantia bancária à PRODEL (ou a quem o MINFIN entender), emitida por um banco de primeira linha, por forma a possibilitar que o Sector possa aprovar as facturas relativas aos

2

serviços a prestar, e o MINFN possa solicitar o desembolso da linha até à data limite de 16.09.2018 e o Estado Angolano estar 100% garantido;

**GEPE:** MINEA ficou de marcar uma reunião com a GE Capital para concertar esforços no sentido de garantir que não vai haver falta de recursos financeiros para a execução dos projectos ($48,5M da linha que inicialmente não eram financiados no âmbito do projecto ENDE das mini-centrais e redes, mas que, tendo em conta a execução, o MINFIN solicitou desembolso e foram pagos $97M, contra um limite inicialmente de $66M);

**GE:** Informou que o Presidente Mundial da GE vai deslocar-se à Angola, em Outubro de 2018, e seria importante ter este processo de desembolso todo concluído, sob pena do processo caducar e o dinheiro actualmente disponível não poder ser mais usado, colocando em causa a execução dos vários contratos em curso;

**Aenergy:** Referiu que realizou mais de 50% do valor dos projectos contratados no âmbito desta linha de crédito, até Dezembro de 2017, sem ter recebido nenhuma parcela.

**Equipamentos e serviços financiados pela Linha de crédito da GE Capital**

**S. E. SEE:** Procurou saber sobre a situação de alguns equipamentos localizados no país, segundo informações adquiridas, existem mais 7 máquinas à luz do financiamento da GE. Pediu esclarecimentos a AE.

**GE:** Referiu que em Cabinda o contrato era de 24 milhões e a gê recebeu apenas 9 milhões da AE. A GE financiou 12 máquinas para o Governo Angolano que já estão pagas. A GE mandou todas as máquinas para Angola.

**Aenergy:** Explicaram que fruto da avaliação das necessidades e prioridades do MINEA contratou um conjunto de 13 projectos planeados na sua maioria no 2º semestre de 2016 e, nessa sequência, contratados com a PRODEL/ENDE/DNA;

Nessa altura, não havia disponibilidade de recursos financeiros para assegurar a execução dos referidos projectos e foi necessário identificar um financiador; dai apareceu a linha de crédito da GE Capital;

A Aenergy não participou no processo de negociação que culminou na contratação do financiamento entre o MINFIN e a GE Capital;

Segundo a Aenergy, o MINEA também confirmou que desconhece o conteúdo do acordo de financiamento e limitações existentes, simplesmente tendo

3

informação das datas limite para utilização dos montantes disponíveis na linha de crédito;

Para garantir o desembolso a GE Capital definiu alguns requisitos que a Aenergy teve que cumprir, sem os quais não era possível fechar desembolso, entre os quais:

- Conhecer em detalhe os contratos comercias fechados entre a Aenergy-PRODEL/ENDE/DNA, os quais foram disponibilizados à GE Capital em Agosto de 2017;

- Validar e auditar informação de todos os fornecedores envolvidos pelo Departamento de Compliance da GE;

- Atingir objectivos comerciais com a venda de 12TM´s (em número muito superior às quantidades compradas pela PRODEL nos contratos que a Aenergy tinha à data - 8TM´s);

- Garantir contratos de serviços (CSA) de longo prazo por períodos de 15 anos (Cabinda) e 6 anos (CSA Regional), [muito superiores aos períodos que a Aenergy tem contratados com o seu cliente PRODEL a pedido deste para regularizar os processos internos de 7 anos (Cabinda) e 1,5 anos (CSA Regional)].

O objectivo de atingir mais vendas de TM´s e Serviços poderia ser conseguido de duas formas:

- Alterar contratos dos 13 projectos existentes entre a AE e a PRODEL, caso fosse assim definido pela PRODEL em função das suas prioridades;

- Poder ir buscar mais financiamento à posteriori para vir a satisfazer necessidades acrescidas de serviços e equipamentos que viessem a ser identificadas como prioritárias pela PRODEL.

Tendo em consideração que actualmente, as prioridades do MINEA e da PRODEL focam a necessidade de não haver alteração dos âmbitos dos projectos definidos anteriormente (exemplo: não incluir mais TM´s no Banco de Peças tendo em conta as prioridades de reparar centrais e equipamentos não activos, p.e. MAN, ou no Projeto das Águas tendo em conta as prioridades actuais de acesso a água potável das populações carenciadas promovendo o combate à cólera, etc.), fica evidente a necessidade de estruturar um reforço da linha de crédito existente, caso haja necessidade da PRODEL adquirir mais

4

TM´s ou Serviços de Assistência Técnica para além dos actualmente contratados.

**Recomendações:**

a. Aenergy deverá enviar cronogramas actualizados dos projectos;

b. Aenergy deverá enviar propostas para os projectos onde haja alteração do âmbito já acordado com a PRODEL;

c. Aenergy deverá enviar draft de MOU dos projectos que sofreram alterações de prazo, local e âmbito acordados com MINEA/PRODEL;

d. GEPE coordenar a realização de uma reunião entre o MINFIN, MINEA, PRODEL, GE e AE;

e. Apesar da expectativa inicial da PRODEL poder incluir quatro turbinas e considerando as prioridades actuais já referidas, a PRODEL não deverá incluir mais nenhuma turbina no Contrato do Banco de Peças ou noutros projectos da linha caso isso implique redução do âmbito contratado, para além das duas turbinas já fornecidas e instaladas na CT do Xitoto;

f. Contratação para o fornecimento pela AE de novos equipamentos GE, já no país, deverá ser analisada entre reunião entre o Ministro da Energia e Águas e o Presidente da GE, na visita prevista para Outubro;

g. A PRODEL deve fazer um memorando com base nas considerações da acta do dia 07/12, devendo a Aenergy remeter a todos essa acta sobre o contrato de banco de peças, para que, relativamente a nota 2 seja feita uma nota explicativa para salvaguardar o atraso;

h. O SEE recomendou que, em relação ao Contrato n.º 9, deve ser espelhado na nota que falta um grupo;

i. Em relação ao Contrato n.º 10, a verba remanescente deverá ir a favor da PRODEL em caso de não realocação;

j. O Gabinete do SEE deverá coordenar com o homólogo do Ministério do Interior para a Protecção Civil e Bombeiros, e com a PRODEL, a realização de uma reunião para ser acautelada a presença de Polícia e Bombeiros na Central de Ciclo Combinado do Soyo;

k. Sobre os seguros de instalação, tanto a Central de Ciclo Combinado como o Projecto Falcão da Sonagás, que fornece gás natural à Central, não dispõem de seguros de equipamento e responsabilidade civil. A PRODEL deverá tratar do tema com urgência e o Gabinete do SEE, deverá coordenar com o SE dos Petróleos, para que a Sonagás providencie a contratação dos respectivos seguros para o Projecto Falcão, que contém equipamentos dentro do perímetro da Central;

A Sua Excelência Senhor Secretário agradeceu a partícipação dos presentes e sem que nada mais houvesse para abordar, deu por terminada a reuníão e lavrou-se a presente acta.

**Luanda, aos 09 de Agosto de 2018.**

Secretariou,

ADALBERTO AZEVEDO

Translation



REPUBLIC OF ANGOLA
**MINISTRY OF POWER AND WATER**
OFFICE OF THE ENERGY SECRETARY

**MINUTES OF MEETING**

On August ninth of the year two thousand and seventeen, at 11h00, a follow-up meeting took place at MINEA, presided by His Excellency the Energy Secretary Eng.º António Belsa da Costa, with the purpose of evaluating the global status of the projects contracted to Aenergy under the GE Capital Credit Line.

**The following people were present:**

→ Dr. Adalberto Azevedo – The Energy Secretary's Chief of Staff;

→ Eng.º José Salgueiro – GEPE Director;

→ Dr. João Paiva – Legal Director;

→ Dr. António Emanuel – Paralegal with the MINEA legal department;

→ Eng.º José Neto – PRODEL Chairman of the Board of Directors;

→ Eng.º Job Vilinga – Director at PRODEL;

→ Dr. Jorge Morgado – Aenergy Co-CEO;

→ Eng.º Ivo Pizarro –Aenergy COO;

→ Eng.º Wilson da Costa – GE-Angola CEO;

→ Eng.º Michel Abou – Director of DAR Angola;

→ Eng.ª Sandra Frazão – DAR Angola Project Coordinator.

**Issues discussed:**

• General status of each project contracted to Aenergy under the GE Capital Credit Line;

• Preparation of a scheme summarizing the status, for each project, presented by DAR as a resulto of its revision and understanding of the ongoing projects.

1

Translation

After the customary greetings to those presente, His Excellency the Energy Secretary started by reiterating the fact that his office has constantly expressed concern for the way the projects are being conducted, a concern that has been aggravated by the recent statement of the Cuando Cubango's Vice-Governor, in respect of the stoppage of the Cuebe Plant construction works. The Secretary recomended that even though the works had restarted, AENERGY was to ensure all payments directed at its conclusion and proposed a deadline ending next week for the submission of proof of those payments. After this statement, the Secretary wielded the floor to DAR, which presented the conclusions reached in each case, which necessitate further clarifications and elaborations from Aenergy. The following comments were registered:

**Aenergy:** Promised to reply to and clarify the Notes prepared by DAR with the purpose of allowing DAR to reevaluate some of its preliminary conclusions, and to send DAR the documentation and information requested in these Notes;

**DAR:** Shall redo the map and share with the other parties;

**Aenergy/PRODEL:** Have reiterated to DAR that the start date of the O&M+CSA agreement, pertaining to the Soyo Plant, as agreed upon in a Memorandum between the parties, is 01.04.2018;

**Provisional reception of the Quileva Plant**

**H.E.E.S.** – Instructed DAR to prepare the list of pending issues, so as to possibilitate the provisional reception of the Plant, including an execution schedule for the resolution of said pending issues by Aenergy.

Per His Excellency the Energy Secretary's request, it was agreed that Aenergy shall send PRODEL a draft Memorandum, for each case, to be signed between the parties, with the purpose of formalizing a set of changes made to the commonly agreed projects MINEA_PRODEL_AE, to wit: 1. Quileva (site and technology), 2. Saurimo (site), 3. Parts Bank (time frame and Xitoto plant), 4. Boavista 1 (time frame), 5. CSA Regional (scope reduction versus deadline prorrogation) and 6. Ondjiva (site and O&M proposal), , and as such solve these pending issues from the end of 2017 on.

**GE Capital Credit Line's Terms and Disbursement Plan**

**GE:** Confirmed its availability to provide PRODEL (or whatever entity MINFIN determines) with a bank guarantee issued by a first grade bank, so as to possibilitate the Sector to aprove the invoices pertaining to the services to be

2

Translation

provided, and MINFIN to request the Line for the disbursement until the maximum date of 16.09.2018, and the Angolan State to be 100% guaranteed;

**GEPE:** MINEA undertook to schedule a meeting with GE Capital to coordinate efforts to ensure no lack of financial resources for the execution of the projects will ensue ($48,5M of the line which were not originally financed under the ENDE mini-plants and networks project but, given their execution, MINFIN requested disbursement in connection thereof, and were paid to the tune of $97M, against an initial limitation of $66M);

**GE:** Informed that the GE Global CEO will visit Angola in October 2018 and that it would be of the utmost importance to have the disbursement process concluded in whole, under the consequence of the process expiring and the money currently available no longer be available for use, thus risking the execution of the several ongoing agreements.

**Aenergy:** Mentioned that it has executed more than 50% of the price of the contracted projects in this credit line, until December 2017, without having received any tranche.

**Equipament and services financed by the GE Capital credit line**

**H.E.E.S.:** Requested information on the status of some of the equipment currently located in Angola; according to information previously obtained, more than 7 machines acquired under GE's finances exist in national territory. Asked AE for clarification.

**GE:** Mentioned that the Cabinda agreement had a price of 24 million, and GE has only received 9 million from AE. GE financed 12 machines for the Angolan Government which are already paid, and shipped all the machines to Angola.

**Aenergy:** Explained that, as a result of an evaluation of MINEA's needs and priorities, a set of 13 projects were contracted, planned, in their majority, in the 2nd semester of 2016 and, subsequently, contracted with PRODEL/ENDE/DNA;

At that time, there were not enough financial resources available to ensure the execution of said projects and it was necessary to put forth a financier; subsequently, the GE Capital credit line was established.

Aenergy did not participate in the negotiation process which culminated with the contracting of financing between MINFIN and GE Capital;

According to Aenergy, MINEA also confirmed that it does not know the contents of the financing agreement and its existing limitations, only that it has

3

Translation

information of the deadlines for the usage of the amounts available in the credit line;

To ensure the disbursement GE Capital defined some requisites that Aenergy has had to observe, without which it would not be possible to disburse any amounts, amongst which:

- To know in detail all the comercial agréments executed beyween Aenergy-PRODEL/ENDE/DNA, which have been made available to GE Capital in August 2017;

- Approval and audit information about any suppliers involved, by the GE Compliance Department;

- Attain comercial goals with the sale of 12TM´s (a number vastly superior to the quantity actually acquired by PRODEL in the agréments that Aenergy had executed at that date - 8TM´s);

- Ensure the long term services provision agreements (CSA) for periods of 15 years (Cabinda) and 6 years (CSA Regional), [significantly superior to the periods Aenergy has contracted with its client PRODEL, at its request, to regularize the internal processes, of 7 years (Cabinda) and 1,5 years (CSA Regional)].

The goal of selling more TM´s and services cold have been attained in two different ways:

- A change in the 13 agreements pertaining to the existing projects between AE and PRODEL, should PRODEL determine so, according to its priorities;

- Attaining of more a posteriori financing to satisfy accrued needs for services and equipment to be identified as prioritary by PRODEL.

Bearing in mind that at the present date, MINEA and PRODEL's needs are congruent with not changing the object of the projects previously agreed upon (for example: not include any more TM's in the Parts Bank, pursuant to the priorities for inactive plant and equipment repair, f.e. MAN, or the Water Project, pursuant the current priorities of access to drinking water of populations in need and the fight against cholera, etc.), it is apparent that there is a need to structure a reinforcement of the existing credit line, should there be any need of PRODEL to acquire any more TM's and Technical Assistance Services beyond those already contracted.

4

Translation

**Recommendations:**

a. Aenergy shall send updated schedules of the projects;

b. Aenergy shall send proposals for the projects in which there is to be n change in the scope already agreed with PRODEL;

c. Aenergy shall send a draft MOU pertaining to the projects that suffered changes in deadline, site and scope, as agreed previously with MINEA/PRODEL;

d. GEPE shall coordinate a meeting between MINFIN, MINEA, PRODEL, GE and AE;

e. Despite the initial expectation of PRODEL being able to include four turbines and attentive to the current priorities as already mentioned, PRODEL shall not include any additional turbine in the Parts Bank Agreement or in any other projects included in the line, should that carry a reduction in the agreed scope, other than the two turbines already supplied and installed in the Xitoto plant;

f. The contracting of the supply, by AE, of new GE equipment, already in the country, must be analysed in a meeting between the Ministry of Power and Water and the President of GE, during the planned visit in October;

g. PRODEL shall draft a memorandum based on the terms of the minutes dated 07/12, and Aenergy shall send to all the parties said meeting, related to the parts bank agreement, so that note 2 can be amended with an explanatory note safeguarding the delay;

h. The Energy Secretary recommended that, in relation to Agreement #9, it should be reflected on the note that one group is missing;

i. In what concerns Agreement #10, the remaining funds should go to PRODEL should they remain unallocated;

j. The Office of the Energy Secretary shall coordinate with its counterpart in the Interior, Civil Protection and Firefighter Services Ministry, as well as with PRODEL, to schedule a meeting to arrange a police and firefighter presence in the Soyo Combined Cycle Plant;

k. Regarding the installation insurance, both the Combined Cycle Plant and Sonagás's Falcão Project, which supplies natural gas to the Plant, do not have any insurance contracted regarding their equipment, or any civil liability insurance. PRODEL must take care of this issue with the utmost urgency and the Office of the Energy Secretary shall coordinate with the Oil Secretary, so that Sonagás provide for the contracting of the

Translation

necessary insurance policies for the Falcão Project, which includes equipment located within the Plant;

His Excellecy the Secretary thanked those presente for their participation and without further issue, declared the meeting closed and these minutes were prepared.

**Luanda, on August 09th 2018.**

The Secretary,

ADALBERTO AZEVEDO

# EXHIBIT 8

[FILED UNDER SEAL]

# EXHIBIT 9



REPÚBLICA DE ANGOLA
## MINISTÉRIO DA ENERGIA E ÁGUAS
GABINETE DO MINISTRO

**EXCELENTÍSSIMO SENHOR
ELISEE SEZAN,**
CHIEF EXECUTIVE OFFICE DA GERAL
ELECTRIC GÁS & POWER PARA A AFRICA
SUB – SAARIANA

REF.ª 2103/GAB. MINEA/2018

**ASSUNTO: RELATO DE INCONFORMIDADES GRAVES E PEDIDO DE
ENCONTRO URGENTE – LINHA DE CRÉDITO GE CAPITAL.**

**Exmo. Senhor,**

O Ministério da Energia e Águas de Angola celebrou,
conjuntamente com as empresas GENERAL ELECTRIC e
AENERGIA, aos 24 de Junho de 2013, um Memorando de
Entendimento visando o reforço da capacidade de
produção de energia em Angola, selando o compromisso
anunciado nas visitas e encontros ao mais alto nível mantidos
pelo seu Presidente então, o Sr. Jeff Hamilton.

No âmbito e espírito do Memorando de Entendimento acima
referido, foi estruturada uma linha de financiamento com o
suporte da GE Capital, no valor de 1.100.000.000,00 (Mil
Milhões e Cem Milhões de Dólares Norte Americanos), tendo
sido celebrados com a Empresa AENERGIA 13 contratos para
a execução de projectos de reforço da capacidade de
geração de energia e electrificação, assistência técnica e
abastecimento de água.

Ao abrigo de tais contratos foi acordado adquirir um total de
8 (oito) unidades TM 2500, para vários locais da República de
Angola.

Mod. 1 - Português, 1 da

Highly Confidential - Subject to Protective Order

GE-TM-00019205

## MINISTÉRIO DA ENERGIA E ÁGUAS

No entanto, verificamos a entrada no nosso território de 4 (quatro) unidades TM 2500 a mais, perfazendo 12 (doze), sem que nos tivesse sido dada, pela Empresa AENERGIA nossa contratada, uma explicação plausível sobre propriedade das 4 (quatro) unidades TM 2500.

Após averiguações e confirmação do CEO da GE Angola, Sr. Wilson da Costa, concluímos que as 4 (quatro) unidades TM 2500 a mais foram adquiridas com recurso ao crédito concedido pela GE Capital à República de Angola, o que constitui uma grave irregularidade, na medida em que não foram solicitadas, e não foi emitido qualquer adenda ou documento válido que justificasse a alteração do escopo dos contratos e dos preços estabelecidos.

Tal situação configura uma perda de confiança no empreiteiro contratado, fere os princípios do Memorando celebrado e é susceptível de comprometer a boa execução dos projectos em execução financiado com o suporte da GE Capital.

Assim e dada a urgência que o tratamento do assunto requer, convidamos vossas excelências para uma reunião urgente, em Luanda, antes do Natal, pelo que aguardamos vossa confirmação.

Aceite, Exmo. Senhor CEO, os meus

Distintos Cumprimentos,

GABINETE DO MINISTRO DA ENERGIA E ÁGUAS, Em Luanda, 13 de Dezembro de 2018.

NA AUSÊNCIA DO MINISTRO

O SECRETÁRIO DE ESTADO DAS ÁGUAS

LUIS FILIPE DA SILVA

Mod. 3/A - Org. Molei, Lda

Highly Confidential - Subject to Protective Order

GE-TM-00019206

( TRADUÇÃO NÃO OFICIAL)

**Subject: Report of serious inconsistencies and urgent meeting request – GE CAPITAL credit line.**

Hon. Sir,

The Ministry of Energy and Water of Angola celebrated, jointly with the companies GENERAL ELECTRIC and AENERGIA, on 24 June 2013, a Memorandum of Understanding aimed at strengthening the capacity of energy production in Angola, sealing the commitment announced in the visits and meetings at the highest level held by its former President, Mr. Jeff Hamilton.

In the context and spirit of the Memorandum of Understanding mentioned above, a financing line was structured with the support of GE Capital, worth 1,100,000,000.00 (billion and one hundred million U.S. dollars), and were signed with the company AENERGIA 13 contracts for the implementation of projects to strengthen the capacity of power generation and electrification, technical assistance and water supply.

Under such contracts was agreed to acquire a total of 8 (eight) units TM 2500, for various Under such contracts was agreed to acquire a total of 8 (eight) units TM 2500, for several locations On Angola's Territory.

However, we checked the entry into our territory of 4 (four) units TM 2500 more, making 12 (twelve), without having been given us, by the company AENERGIA our contracted, a plausible explanation about ownership of the 4 (four) units TM 2500.

After verifying and confirming the CEO of GE Angola, Mr. Wilson da Costa, we conclude that the four (4) units TM 2500 more were acquired with recourse to the credit granted by GE Capital to the Republic of Angola, which constitutes a serious irregularity, to the extent, Which have not been requested, and no addendum or valid document has been issued which would justify changing the scope of the contracts and the prices.

Such a situation configures a loss of confidence in the contracted contractor, injures the principles of the memorandum concluded and is likely to compromise the good execution of the projects under construction financed with the support of GE Capital.

So and given the urgency that the treatment of the matter requires, we invite your Excellencies to an urgent meeting in Luanda, before Christmas, so we await your confirmation.

Accept, Honorable CEO,
          my distinguished greetings, established.

# EXHIBIT 10

| | |
|---|---|
| **From:** | **Sezan, Elisee (GE Power)** |
| **Sent:** | **Thursday, December 20, 2018 12:24 PM** |
| **To:** | **Dacosta, Wilson (GE Power); Kurada, Raghuveer (GE Capital); Galvin, Brad (GE Capital); Dozie, Adesua (GE Global Growth); Dawit, Welela (GE Power)** |
| **Subject:** | **Re: GE Capital Loan_Angola_Side Letters Disclosing** |

Team,

Wilson and I had a meeting with the Minister of Energy in Angola this week where we clarified the 12 TMs that have been funded as part of the facility.

He mentioned that his contract with AE only included 8 TMs and will like AE and GE to share with him the documentations used to fund the 4 additional TMs.

We have a meeting planned early 2019 and suggest we connect this week to align on steps, including AE engagement to get ready for the meeting. We will set up time this week discuss. Elisee

Sent from my iPhone

On Dec 20, 2018, at 12:07 PM, Dacosta, Wilson (GE Power) <Wilson.Dacosta@ge.com> wrote:

> Brad,
>
> Thanks for this luckily Neilia was in the meeting and AR brought the issue of the Escrow and we fiercely defended that it was to protect GE capital and Angolan Government. Neilia please opine here.
>
> Wilson
>
> Sent from my iPhone
>
> On Dec 19, 2018, at 12:24 PM, Kurada, Raghuveer (GE Capital) <Raghuveer.Kurada@ge.com> wrote:
>
>> What's happening here? Is everything alight with AE guys?
>>
>> **From:** Vasco Caetano Faria (Aenergy) <vasco.faria@aenergy.com>
>> **Sent:** 19 December 2018 11:12
>> **To:** Galvin, Brad (GE Capital) <brad.galvin@ge.com>
>> **Cc:** Kurada, Raghuveer (GE Capital) <Raghuveer.Kurada@ge.com>; Jorge Neto Morgado (Aenergy) <jorge.morgado@aenergy.com>; Ricardo Leitão Machado (Aenergy) <ricardo.machado@aenergy.com>; Pedro Bento (Aenergy) <pedro.bento@aenergy.com>
>> **Subject:** EXT: GE Capital Loan_Angola_Side Letters Disclosing

1

Highly Confidential - Subject to Protective Order

Dear Brad,

Further to the latest meetings held between AE, GE Power, MINEA and MINFIN, with regard to the status on the GE Capital line, we were requested by MINEA to clarify the acquisition by AE of 12 aeroderivative turbines GE TM2500.

This request from MINEA, which AE is totally available to answer, was caused by a series of allegations and doubts raised by GE Power representative on the meeting occurred two weeks ago, in particular, with regard to the acquisition by AE of the above mentioned 12 turbines in the context of the GE Capital Loan.

During the referred meeting, GE representative also mentioned expressly the existence of an escrow account between GE Power and AE, with regard to the deposit of a part of the amounts disbursed from GE Capital Loan.

The reference to the existence of an escrow account between AE and GE, combined with several doubts raised on the acquisition of the above mentioned 12 turbines, originated a request of clarification and complementary information from MINEA to AE about this escrow account and the 12 turbines acquisition.

In light of the above, we believe AE shall be entitled to disclose the content of the two side letters to MINEA, as per sections 6.4 and 5.4 of the Side Letters signed with GE Capital and GE Power, respectively.

These documents are important to clarify AE position with MINEA in the context of GE Capital loan and the correspondent acquisition of equipment and services from GE Power, following the doubts and misunderstandings created by GE Power representative two weeks ago.

We have tried to contact you on this issue several times in the latest days but in the absence of any coordinated answer within the next 24 hours, AE shall be entitled to proceed with the disclosing of these documental elements to MINEA, based on MINEA clarification request and in the contractual provisions of the side letters above mentioned.

Kind regards,

**Vasco Caetano de Faria**
Legal Adviser

Office: (+351) 210 992 855
Mobile : (+351) 917 710 734
Angola | Ghana | Cameroon | Portugal
aenergy.com

<image001.png>

2

Highly Confidential - Subject to Protective Order

AVISO DE CONFIDENCIALIDADE. Esta mensagem e a informação contida ou anexa a mesma é privada e confidencial e é dirigida exclusivamente ao seu destinatário. Se recebeu esta mensagem por engano, saiba que a mesma contém informação confidencial cujo uso, cópia, reprodução ou distribuição está expressamente proibido e pedimos-lhe que informe o remetente, o mais breve possível, e a elimine sem copiar, imprimir, ler ou utilizá-la de nenhum modo.

CONFIDENTIALITY WARNING. This message and the information contained in or attached to it are private and confidential and intended exclusively for the addressee. If you are not an intended recipient of this E-mail be aware that it contains privileged information and its use, copy, reproduction or distribution is prohibited and please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute any portion of this E-mail.

3

Highly Confidential – Subject to Protective Order

GM-TM-00061451

# EXHIBIT 11

**[FILED UNDER SEAL]**

# EXHIBIT 12

Message

| From: | Dacosta, Wilson (GE Power) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=649440362A7E4DDF901AF920ACF924C0-DACOSTA, WI] |
|---|---|
| Sent: | 1/31/2019 8:47:31 AM |
| To: | ana com> [annasofiia@hotmail.com] |
| Subject: | FW: GE MOF 1.5 bn loan - CP Ref. 1(d) |

**From:** Brad Galvin <brad.galvin@ge.com>
**Date:** Monday, January 28, 2019 at 2:54 PM
**To:** Wilson Dacosta <Wilson.Dacosta@ge.com>, "Dawit, Welela (GE Power)" <welela.dawit@ge.com>, "Dozie, Adesua (GE Global Growth)" <Adesua.Dozie@ge.com>, "Ndungu, Caroline (GE Power)" <caroline.ndungu@ge.com>
**Cc:** "Kurada, Raghuveer (GE Capital)" <Raghuveer.Kurada@ge.com>
**Subject:** FW: GE MOF 1.5 bn loan - CP Ref. 1(d)

Folks

Per our chat this morning, attached are the amendment letters counter-signed by AE. I have left Wilson's commentary at the top to give this group some context, but would think we should delete before showing MINEA. Nothing untoward in it, but it is intra-GE commentary.

Brad

**From:** Dacosta, Wilson (GE Power)
**Sent:** 12 October 2017 20:13
**To:** Galvin, Brad (GE Capital) <brad.galvin@ge.com>
**Cc:** Nelson, Leslie (GE Power) <leslie.nelson@ge.com>; Kurada, Raghuveer (GE Capital) <Raghuveer.Kurada@ge.com>; Jain, Sharad (GE Capital) <jain.sharad@ge.com>; Ireri, Willy (GE Capital) <Willy.Ireri@ge.com>; Flanagan, Susan T (GE Capital) <susan.flanagan@ge.com>
**Subject:** Re: GE MOF 1.5 bn loan - CP Ref. 1(d)

Team updates on today are as follows:

We spend time at PRODEL to go over all the details on the amendments and made sure we got some the intended letters. We got the contract number 7 signed with the languages that we agreed on and counter signed by AE.

We then went to ENDE where we got contract number 11 amendment signed with the language approved by Brad and then counter signed by AE

Contract number 3 was originally signed by MINEA and AE in 2014, when the president moved the location from Cabinda to Quilever, he reassigned it to PRODEL in 2017, we have asked for that and we are waiting for that presidential decree. Upon consultation with Brad, we got contract number 3 signed by PRODEL, counter signed by AE and we will have it counter signed by MINEA as well.

On the MINEA side letter, we have requested the copy that MINEA signed to get PRODEL and ENDE to counter sign tomorrow.

The documents have been forwarded to the AG for his final signature and will keep the team updated.

Please find attached the signed letters.

Highly Confidential - Subject to Protective Order



Highly Confidential - Subject to Protective Order

GE-TM-00020911



GE-TM-00020912



WilsonDaCosta
Executive Director Central Africa
Global Growth Operations
W +44 (122) 435 7924
M +244 930925196
M +447748931593
Email: wilson.dacosta@ge.com

GE
Escom Building, Av. Marechal Broz Tito
35/37, 12th floor, Ingombota
Luanda, Angola

Highly Confidential - Subject to Protective Order

GE-TM-00020913

# EXHIBIT 13

# [FILED UNDER SEAL]

# EXHIBIT 14

# [FILED UNDER SEAL]

# EXHIBIT 15



Stanbic Heights (3rd Floor)
Airport City
Accra

March 19, 2019

KExmo Sr. Gil,

Boa tarde.

Venho através deste meio, responder ao seu e-mail datado a 14 de Março de 2019.

Antes de mais, quero agradecer o seu envolvimento contínuo nesta questão e reitero a decisão da GE de apoiar a execução da visão do MINEA.

Sendo que continuamos disponíveis para discutir estas questões em maior detalhe, queremos confirmar o seguinte:

1. A GE confirma a sua disposição e capacidade de concluir a execução dos contratos sujeitos aos termos e condições a serem negociados entre o MINEA e a GE. Quaisquer aprofeiçoamentos /alterações propostas pela GE serão tomadas tendo em conta o mecanismo de financiamento, e com o objetivo de garantir a mínima pertubação e a execução eficiente dos projetos em discussão.

2. A GE está disposta a executar os projetos. No entanto, gostaríamos de uma oportunidade para discutir sobre o mecanismo legal e a estrutura para gerir essa transição. Não acreditamos que uma transferencia ou uma novação servirá adequadamente os interesses deste projeto ou de suas parties.

3. Podemos confirmar que a Aenergia é um cliente de longa data da GE. No entanto, não possuímos qualquer tipo de parceria legal, consórcio ou Joint Venture de qualquer espécie.

Agradecemos a oportunidade de estarmos ao serviço do MINEA e ficaremos gratos pela oportunidade de discutir todos os itens acima detalhadamente.

Sem mais de momento, subscrevo-me com a mais elevada consideração e estima.

Os melhores cumprimentos,

Elisee Sezan
CEO GE Gas Power Systems & Power Services
Sub-Sahara Africa

1

Highly Confidential – Subject to Protective Order

GE-TM-00018567

# EXHIBIT 16

[FILED UNDER SEAL]

# EXHIBIT 17

## Despacho Presidencial n.º 153/19
### de 23 de Agosto

Por conveniência de serviço;

O Presidente da República determina, nos termos da alínea d) do artigo 120.º e do n.º 1 do artigo 125.º, ambos da Constituição da República de Angola, conjugados com o n.º 1 e a alínea b) do n.º 4 do artigo 5.º do Decreto Legislativo Presidencial n.º 2/13, de 25 de Junho, que estabelece as Regras de Criação, Estruturação e Funcionamento dos Institutos Públicos, bem como o artigo 10.º do Estatuto Orgânico do Instituto Geológico de Angola, aprovado pelo Decreto Presidencial n.º 16/19, de 9 de Janeiro, o seguinte:

1. São nomeadas as entidades para integrarem o Conselho de Administração do Instituto Geológico de Angola «IGEO», nomeadamente:

*a)* Canga Xiaquivuila — Presidente do Conselho de Administração;

*b)* José Manuel — Administrador;

*c)* Elizabeth Cristina Gomes Botelho de Carvalho — Administradora.

2. São delegados poderes ao Ministro dos Recursos Minerais e Petróleos, para conferir posse as entidades que integram o referido Conselho de Administração.

3. As dúvidas e omissões resultantes da interpretação e aplicação do presente Despacho Presidencial são resolvidas pelo Presidente da República.

4. O presente Despacho Presidencial entra em vigor no dia seguinte à data da sua publicação.

Publique-se.

Luanda, aos 22 de Agosto de 2019.

O Presidente da República, João Manuel Gonçalves Lourenço.

## Despacho Presidencial n.º 154/19
### de 23 de Agosto

Considerando que ao abrigo do Despacho Presidencial n.º 58-A/13, de 27 de Junho, foi autorizado o Ministro da Energia e Águas a celebrar com o Consórcio constituído pelas Empresas COBA — Consultores de Engenharia e Ambiente, S.A. e Lahmeyer International GMBH, o Contrato de Assistência Técnica e Fiscalização da Construção do Aproveitamento Hidroeléctrico de Laúca;

Havendo necessidade de se celebrar uma adenda de trabalhos adicionais a desenvolver durante um período de 30 meses;

O Presidente da República determina, nos termos da alínea d) do artigo 120.º e do n.º 5 do artigo 125.º, ambos da Constituição da República de Angola, o seguinte:

1. É aprovada a Adenda ao Contrato de Assistência Técnica e Fiscalização da Construção do Aproveitamento Hidroeléctrico de Laúca, para a realização de trabalhos adicionais a desenvolver durante um período de 30 meses, no valor em Kwanzas equivalente a Euro 13 791 332, 16 (treze milhões, setecentos e noventa e um mil, trezentos e trinta e dois euros e dezasseis cêntimos).

2. O Ministro da Energia e Águas é autorizado, com poderes para subdelegar, em representação do Estado Angolano, a praticar todos os actos decisórios e de aprovação da referida Adenda.

3. O Ministro das Finanças deve assegurar a disponibilização dos recursos financeiros necessários à execução do Projecto.

4. As dúvidas e omissões resultantes da interpretação e aplicação do presente Diploma são resolvidas pelo Presidente da República.

5. O presente Despacho Presidencial entra em vigor no dia seguinte à data da sua publicação.

Publique-se.

Luanda, aos 22 de Agosto de 2019.

O Presidente da República, João Manuel Gonçalves Lourenço.

## Despacho Presidencial n.º 155/19
### de 23 de Agosto

Considerando que a empresa Aenergia, S.A. foi contratada para a execução de 13 contratos aprovados para a instalação de novas centrais de produção, assistência técnica e manutenção aos centros electroprodutores com equipamentos da marca GE, bem como a construção de pequenos sistemas de abastecimento de água;

Tendo-se verificado, no decorrer da execução dos contratos acima referidos, irregularidades por parte da Aenergia, S.A., designadamente a aquisição de quatro turbinas no âmbito do financiamento GE Capital, Limitada, sem que as mesmas tivessem sido previstas nos contratos celebrados com o sector, em violação ao princípio da boa-fé e a quebra de confiança, tidos como elementos essenciais numa relação contratual e de prossecução do interesse público;

Havendo necessidade de rescindir os contratos celebrados ao abrigo do Acordo de Empréstimo entre o Ministério das Finanças e a GE Capital, Limitada e de se concluir as referidas obras, por imperativo de interesse público;

O Presidente da República determina, nos termos da alínea d) do artigo 120.º e do n.º 5 do artigo 125.º, ambos da Constituição da República de Angola, conjugados com o n.º 1 do artigo 352.º, n.º 4 do artigo 320.º e artigo 411.º da Lei n.º 9/16, de 16 de Junho (Lei dos Contratos Públicos), o seguinte:

1. É autorizado o Ministro da Energia e Águas a rescindir os contratos relativos à instalação de novas centrais de produção de energia, assistência técnica e manutenção aos centros electroprodutores, bem como a construção de pequenos sistemas de abastecimento de água, celebrados

entre a Empresa de Produção de Electricidade — PRODEL e a Empresa Nacional de Distribuição de Electricidade — ENDE, em representação do Ministério da Energia e Águas e a Empresa Aenergia, S.A., ao abrigo do Acordo de Empréstimo celebrado entre o Ministério das Finanças e a GE Capital, Limitada, designadamente:

a) Contrato de Fornecimento e Assistência Técnica para a Realização de Revisões Capitais na Central Térmica do Aeroporto, na Província do Namibe, aprovado pelo Despacho Presidencial n.º 189/17, de 12 de Julho;

b) Contrato de Fornecimento, Montagem e Comissionamento de Equipamentos para a Construção de 25 Pequenos Sistemas de Água e 346 Pontos de Água Melhorados, em Zonas Urbanas e Rurais, nas Províncias do Bié, Benguela, Huambo e Uíge, aprovado pelo Despacho Presidencial n.º 190/17, de 12 de Julho;

c) Contrato de Fornecimento e Assistência Técnica para a Revisão Capital incluindo o Fornecimento de uma Turbina Recondicionada para a Unidade GT1 na Central Térmica de Viana, na Província de Luanda, bem como a sua relocação na Cidade do Lubango, aprovado pelo Despacho Presidencial n.º 191/17, de 12 de Julho;

d) Contrato de Fornecimento e Assistência Técnica para a Realização de Revisões Capitais das duas Turbinas Siemens instaladas sobre Barcaças na Central Térmica da Boavista I, na Província de Luanda, aprovado pelo Despacho Presidencial n.º 192/17, de 12 de Julho;

e) Contrato de Fornecimento e Assistência Técnica para a Garantia de Disponibilidade de três Turbinas da Central Térmica de Malembo, na Província de Cabinda, aprovado pelo Despacho Presidencial n.º 193/17, de 12 de Julho;

f) Contrato de Fornecimento, Instalação, Comissionamento e Assistência Técnica de Geradores Industriais, Geradores Domésticos, Kits de Geração Fotovoltaica e Fornecimento de Equipamentos para a Montagem de Redes MT, BT e IP para Sistemas Eléctricos Isolados de Cobertura Nacional, aprovado pelo Despacho Presidencial n.º 195/17, de 12 de Julho;

g) Contrato de Fornecimento e Assistência Técnica para a Realização de Revisões Capitais e Constituição de um Banco de Peças para a Cobertura Nacional, aprovado pelo Despacho Presidencial n.º 202/17, de 13 de Julho;

h) Contrato de Fornecimento e Assistência Técnica para a Garantia de Disponibilidade de seis Centrais com Turbinas GE, Centrais Térmicas do Cazenga, CFL de Luanda, Viana, Boavista,

na Província de Luanda, e Centrais Térmicas da Quileva e Biópio, na Província de Benguela, aprovado pelo Despacho Presidencial n.º 203/17, de 13 de Julho;

i) Contrato de Fornecimento e Montagem para o Aumento da Capacidade de Geração Termoeléctrica da Central Térmica do Menongue em 54 MW, na Província do Cuando Cubango, aprovado pelo Despacho Presidencial n.º 204/17, de 13 de Julho;

j) Contrato de Fornecimento e Montagem para o Aumento da Capacidade de Geração Termoeléctrica da Central Térmica do Cuito (19,6 MW), na Província do Bié, aprovado pelo Despacho Presidencial n.º 205/17, de 13 de Julho;

k) Contrato de Fornecimento e Assistência Técnica para a Garantia de Disponibilidade das Turbinas da Central de Ciclo Combinado do Soyo I, na Província do Zaire, aprovado pelo Despacho Presidencial n.º 208/17, de 19 de Julho;

l) Contrato de Fornecimento, Instalação e Comissionamento de uma Turbina Aero-Derivativa Móvel GE TM 2500+ GEN8, com capacidade de produção de 31 MW, com BOP Mecânico e Eléctrico Móvel e respectivos Tanques de Combustível Contentorizados, aprovado pelo Despacho Presidencial n.º 216/17, de 1 de Agosto;

m) Contrato de Fornecimento e Montagem de duas Turbinas GE 6B, para o reforço de potência em 76 MW na Central Térmica de Malembo, aprovado pelo Despacho Presidencial n.º 225/14, de 27 de Novembro, transferidas posteriormente para a Central Térmica da Quileva, Província de Benguela.

2. É autorizado o Ministro da Energia e Águas a praticar todos os actos necessários e consequentes da rescisão dos contratos acima referidos, incluindo o acerto final de contas com a Aenergia, S.A., a apurar no limite da execução física e financeira dos contratos, a assegurar a continuidade da execução dos mesmos contratos, bem como tomar posse administrativa dos equipamentos que constituem os respectivos escopos, nos termos do n.º 5 do artigo 320.º da Lei n.º 9/16, de 16 de Junho (Lei dos Contratos Públicos) e a tomar todas as providências adequadas à protecção do interesse público, designadamente quanto à posse das quatro turbinas adquiridas no âmbito do financiamento GE Capital, Limitada.

3. É ainda autorizado o Ministro da Energia e Águas, com a faculdade de subdelegar, a celebrar com a General Electric, no âmbito do financiamento concedido pela GE Capital, os contratos que se mostrarem necessários para assegurar a conclusão da execução dos contratos rescindidos, nas vertentes física e financeira.

4. O Ministério das Finanças deve assegurar a disponibilização dos recursos financeiros necessários à finalização dos Contratos.

5. As dúvidas e omissões suscitadas na aplicação e interpretação do presente Despacho Presidencial são resolvidas pelo Presidente da República.

6. O presente Despacho Presidencial entra em vigor no dia seguinte à data da sua publicação.

Publique-se.

Luanda, aos 22 de Agosto de 2019.

O Presidente da República, João Manuel Gonçalves Lourenço.

## MINISTÉRIO DO ENSINO SUPERIOR, CIÊNCIA, TECNOLOGIA E INOVAÇÃO

### Decreto Executivo n.° 219/19.
de 23 de Agosto

Considerando que o Instituto Superior Politécnico Evangélico do Lubango é uma Instituição de Ensino Superior Privada, criada pelo Decreto Presidencial n.° 173/17, de 3 de Agosto, está vocacionada a ministrar cursos de formação graduada e pós-graduada, nos termos do artigo 30.° do Decreto n.° 90/09, de 15 de Dezembro;

Considerando que, após apreciação do processo documental inerente à criação de cursos de graduação e vistoria às instalações do Instituto Superior Politécnico Evangélico do Lubango, constatou-se que esta instituição privada de ensino superior preenche os pressupostos técnico-pedagógicos para ministrar cursos de Licenciatura em Educação Pré-Escolar, Gestão e Inspecção Escolar, Supervisão Escolar, Ensino de Psicologia, Contabilidade e Auditoria, Enfermagem, Análises Clínicas, Farmácia, Psicologia Clínica, Nutrição Humana e em Gestão de Empresas, que têm sido ministrados desde o ano de 2011;

Em conformidade com os poderes delegados pelo Presidente da República, nos termos do artigo 137.° da Constituição da República de Angola, e de acordo com o ponto n.° 3 do Despacho Presidencial n.° 289/17, de 13 de Outubro, e com a alínea g) do artigo 15.° do Decreto n.° 90/09, de 15 de Dezembro, determino:

### ARTIGO 1.°
(Criação do curso de licenciatura)

São criados no Instituto Superior Politécnico Evangélico do Lubango onze (11) cursos de graduação, que conferem o grau académico de Licenciado, designadamente:

a) Licenciatura em Educação Pré-Escolar;

b) Licenciatura em Gestão e Inspecção Escolar;

c) Licenciatura em Supervisão Escolar;

d) Licenciatura em Ensino de Psicologia;

e) Licenciatura em Contabilidade e Auditoria;

f) Licenciatura em Enfermagem;

g) Licenciatura em Análises Clínicas;

h) Licenciatura em Farmácia;

i) Licenciatura em Psicologia Clínica;

j) Licenciatura em Nutrição Humana;

k) Licenciatura em Gestão de Empresas.

### ARTIGO 2.°
(Aprovação do plano de estudos)

1. São aprovados os planos de estudos dos cursos criados no artigo anterior, constantes nos Anexos I, II, III, IV, V, VI, VII, VIII, IX, X e XI do presente Diploma e que dele é parte integrante.

2. Os planos de estudos ora aprovados são de cumprimento obrigatório, podendo ser objecto de alteração após a conclusão de um ciclo de formação cuja reformulação deve carecer da homologação do Departamento Ministerial responsável pela Gestão do Subsistema de Ensino Superior.

### ARTIGO 3.°
(Avaliação e acreditação do curso)

1. No fim de cada ciclo de formação, os cursos devem ser submetidos a um processo de acreditação com finalidade de assegurar a manutenção do seu funcionamento no Instituto Superior Politécnico Evangélico do Lubango, nos termos da lei.

2. Para efeitos do disposto no ponto anterior, os cursos criados pelo presente Diploma carecem de avaliação positiva do seu desempenho, nos termos da legislação vigente no Subsistema de Ensino Superior.

### ARTIGO 4.°
(Efeitos jurídicos e académicos)

São reconhecidos os efeitos jurídicos e académicos dos planos de estudos dos Cursos de Licenciatura criados pelo presente Decreto Executivo, desde o Ano Académico 2011, ano de início da ministração dos cursos de licenciatura ora aprovados.

### ARTIGO 5.°
(Dúvidas e omissões)

As dúvidas e omissões resultantes da aplicação e interpretação do presente Diploma são resolvidas pelo Titular do Departamento Ministerial responsável pela Gestão do Subsistema de Ensino Superior.

### ARTIGO 6.°
(Entrada em vigor)

O presente Decreto Executivo entra em vigor na data da sua publicação em Diário da República.

Publique-se.

Luanda, aos 22 de Julho de 2019.

A Ministra, Maria do Rosário Bragança Sambo.



REPÚBLICA DE ANGOLA

# MINISTÉRIO DA ENERGIA E ÁGUAS
### GABINETE DO MINISTRO

À
**AENERGY, S.A.**

L U A N D A

REF.º 1558/GAB.MINEA/19

ASSUNTO: **NOTIFICAÇÃO DA RESCISÃO DOS TREZE CONTRATOS CELEBRADOS AO ABRIGO DA LINHA DE CRÉDITO DA GE CAPITAL**

Exmos. Senhores

Ao abrigo do Acordo de Empréstimo celebrado entre o Ministério das Finanças e a GE Capital Limitada, no valor de USD. 1.100.000,00, aprovado pelo Despacho Presidencial n.º 161/17, de 5 de Julho, foi contratada a Empresa AEnergia S.A., na condição essencial de contar com o suporte tecnológico da General Electric, assegurado por parceria entre as duas Empresas, para a execução de 13 contratos aprovados para a instalação de novas centrais de produção de energia, assistência técnica e manutenção, cujo equipamento é na quase totalidade da marca GE, bem como a construção de pequenos sistemas de abastecimento de água ("Contratos"), designadamente:

1. Contrato de Fornecimento e Assistência Técnica para Garantia de Disponibilidade de Seis Centrais com Turbinas GE, Centrais Térmicas do Cazenga, CFL de Luanda, Viana e Boavista, na Província de Luanda, e Centrais Térmicas da Quileva e Biópio, na Província de Benguela, aprovado pelo Despacho Presidencial n.º 203/17, de 13 de Julho, no valor equivalente em kwanzas a USD 86.000.000,00;

2. Contrato de Fornecimento e Assistência Técnica para a Realização de Revisões Capitais na Central Térmica do Aeroporto, na Província do Namibe, aprovado pelo Despacho Presidencial n.º 189/17, de 12 de Julho, no valor equivalente em Kwanzas a USD 4.888.334,08;

3. Contrato de Fornecimento e Assistência Técnica para a Revisão Capital incluindo o fornecimento de uma Turbina Recondicionada para a Unidade GT1 na Central Térmica de

03 SET 2019

S Arcebia

Mód. 1 – Orig. Moko, Lda

Continuação

# MINISTÉRIO DA ENERGIA E ÁGUAS

Viana, na Província de Luanda, bem como, a sua relocação na Cidade do Lubango, aprovado pelo Despacho Presidencial n.º 191/17, de 12 de Julho, no valor equivalente em Kwanzas a USD 11.561.427,00;

4. Contrato de Fornecimento e Assistência Técnica para Realização de Revisões Capitais das duas Turbinas Siemens instaladas sobre Barcaças na Central Térmica da Boavista I, na Província de Luanda, aprovado pelo Despacho Presidencial n.º 192/17, de 12 de Julho, no valor equivalente em kwanzas a USD 32.886.000,00;

5. Contrato de Fornecimento, Instalação, Comissionamento e Assistência Técnica de Geradores Industriais, Geradores Domésticos, kits de Geração Fotovoltaica e Fornecimento de Equipamentos para Montagem de Redes de MT, BT e IP para Sistemas Eléctricos Isolados de cobertura Nacional, aprovado pelo Despacho Presidencial n.º 195/17, de 12 de Julho, no valor equivalente em Kwanzas a USD 114.267.108,40;

6. Contrato de Fornecimento e Assistência Técnica para a Garantia de Disponibilidade de Três Turbinas da Central Térmica de Malembo, na Província de Cabinda, aprovado pelo Despacho Presidencial n.º 193/17, de 12 de Julho, no valor equivalente em kwanzas a USD 61.155.200,00;

7. Contrato de Fornecimento e Assistência Técnica para Realização de Revisões Capitais e Constituição de um Banco de Peças para Cobertura Nacional, aprovado pelo Despacho Presidencial n.º 202/17, de 13 de Julho, no valor equivalente em kwanzas a USD 119.914.591,51;

8. Contrato de Fornecimento e Montagem para Aumento da Capacidade de Geração Termoeléctrica da Central Térmica do Menongue em 54 MW, na Província do Kuando Kubango, aprovado pelo Despacho Presidencial n.º 204/17, de 13 de Julho, no valor equivalente em kwanzas a USD 69.018.000,00;

9. Contrato de Fornecimento e Montagem para Aumento da Capacidade de Geração Termoeléctrica da Central Térmica do Cuíto (19,6MW), na Província do Bié, aprovado pelo Despacho Presidencial n.º 205/17, de 13 de Julho, no valor equivalente em kwanzas a USD 34.509.000,00;

10. Contrato de Fornecimento, Instalação e Comissionamento de uma Turbina Aero - Derivativa Móvel GE TM 2500+ GEN8, com capacidade de produção de 31 MW, com o BOP Mecânico e

Continuação

# MINISTÉRIO DA ENERGIA E ÁGUAS

Eléctrica Móvel e respectivos Tanques de Combustível Contentorizados, aprovado pelo Despacho Presidencial n.º 216/17, de 01de Agosto, no valor equivalente em Kwanzas a USD 30.323.800,00;

11. Contrato de Fornecimento e Montagem de duas Turbinas GE 6B, para o Reforço de Potência em 76 MW na Central Térmica de Malembo, aprovado pelo Despacho Presidencial n.º 225/14, de 27 de Novembro, no valor equivalente em Kwanzas a USD 132.973.000,00, e transferidas posteriormente para a Central Térmica da Quileva, Província de Benguela.

12. Contrato de Fornecimento e Assistência Técnica para Garantia de Disponibilidade das Turbinas da Central de Ciclo Combinado do Soyo I, na Província do Zaire, aprovado pelo Despacho Presidencial n.º 208/17, de 19 de Julho, no valor equivalente em kwanzas a USD 350.000.00,00;

13. Contrato de Fornecimento, Montagem e Comissionamento de equipamentos para a construção de 25 Pequenos Sistemas de Água e 346 pontos de Água Melhorados, em zonas suburbanas e rurais, nas Províncias do Bié, Benguela, Huambo e Uíge, aprovado pelo Despacho Presidencial n.º 190/17, de 12 de Julho, no valor equivalente em Kwanzas a USD 100.000.000,00;

Todos os contratos acima referidos tiveram como entidade contratante o Ministério da Energia e Águas, representado, por delegação de assinatura, pela Empresa Pública de Produção de Electricidade, E.P. (PRODEL), nos contratos identificados do n.º 1 ao n.º 11, pela Empresa Nacional de Distribuição de Electricidade, E.P. (ENDE), no contrato identificado no n.º 12, e pela Direcção Nacional das Águas no contrato identificado no n.º 13.

Tendo sido identificadas irregularidades na actuação da AEnergia, S.A., em relação aos referidos Contratos, designadamente a aquisição pela AEnergia, S.A., de 4 Turbinas no âmbito do financiamento GE Capital Limitada, sem que as mesmas tivessem sido previstas em qualquer dos Contratos celebrados com o Sector, configurando a violação dos princípios da boa-fé e a quebra da base de confiança que devem existir, como elementos essenciais, numa relação contratual e de prossecução do interesse público, foi autorizada, pelo Despacho Presidencial nº 155/19, de 23 de Agosto, a rescisão dos Contratos com esse fundamento.

Continuação

# MINISTÉRIO DA ENERGIA E ÁGUAS

Pelo Ofício nº 0071/GAB/MINEA/19, de 10 de Janeiro de 2019, o MINEA confirmou à AENERGIA, S.A., a intenção irreversível, de rescisão dos Contratos, por quebra de confiança, admilindo em alternativa que a AENERGIA, S.A., entretanto, cedesse ao parceiro tecnológico, GE, a sua posição jurídica nos Contratos, evitando assim a rescisão unilateral pelo Estado.

Com recurso a prestação e serviços da DAR e com a colaboração da AENERGIA, S.A., procedeu-se à avaliação da execução física e financeira dos Contratos e de trabalhos a mais e a menos, com vista ao apuramento global das contas entre as partes à data da cessação dos contratos, que foi fixada para 30 de Abril de 2019.

Estes trabalhos de apuramento, em que houve a preocupação de grande rigor, para salvaguarda de todos os legítimos interesses das Partes, estenderam-se até fim de Julho de 2019, pela necessidade que houve de tomar em consideração elementos que foram sendo sucessivamente fornecidos pela AENERGIA, S.A.

Entretanto, o MINEA foi diferindo a rescisão unilateral dos Contratos cuja intenção comunicara, com vista a possibilitar à AENERGIA, S.A., a alternativa de cessão da posição contratual.

Tal cessão pressuporia necessariamente o acordo da cessionária, tendo a GE informado que estaria em condições de assinar novos contratos com o MINEA, todos dentro da linha de crédito já aprovada, desde que fossem rescindidos os contratos entre o MINEA e a AENERGIA, S.A., o MINEA, sem pôr de parte a possibilidade daquela cessão (em que a AENERGIA, S.A., e a GE sempre poderiam vir a acordar, no âmbito da relação que tinham), admitiu, ainda como alternativa à rescisão unilateral, uma revogação dos Contratos por acordo.

Esta via de concretização da impossibilidade de manter os Contratos passou a surgir praticamente como a única alternativa à rescisão unilateral, tendo em conta a expressa declaração pela GE, confirmada por carta de 19 de Março, da inexistência de qualquer relação com a AENERGIA, S.A., que não fosse de mera Cliente, designadamente de parceria, associação, sociedade ou joint-venture.

Um acordo de revogação dos Contratos pressuporia o apuramento global das contas entre as partes, e possibilitaria o entendimento sobre os mecanismos de transição que evitassem, por um lado, qualquer solução de continuidade na execução dos Contratos, ressalvando-se a conclusão pela AENERGIA, S.A., da execução daqueles que estavam

Continuação

# MINISTÉRIO DA ENERGIA E ÁGUAS

em fase de tal modo adiantada que não se justificaria diferente solução para nenhuma das partes, e, por outro lado, perturbação na utilização do financiamento da GE Capital.

Com referência a 30 de Abril de 2019, foram apuradas as seguintes contas entre as partes:

a) Valor total da execução dos Contratos – USD 510.651.686,97;

b) Valor de trabalhos a mais e a menos a favor a AEnergia, S.A. – USD 14.568.236,22;

c) Pagamentos totais feitos à AEnergia, S.A - USD 643.617.785,00;

d) Saldo global a favor do MINEA – USD 118.094.436,81.

Este saldo global seria passível de alteração, em razão de trabalhos executados após 30 de Abril de 2019 e de fornecimentos, que devessem ainda ser considerados, de equipamentos que a AEnergia, S.A., tivesse já em Angola e pudessem ser usados na execução dos Contratos, nestes contemplados e pagos por recursos da linha de crédito da GE Capital. Além destes equipamentos deveriam incluir-se as quatro turbinas para além das oito referidas nos Contratos, pagas pelos mesmos recursos, isto é, pelo Estado angolano, como tal adquiridas já por conta do MINEA, com o inerente direito deste às mesmas.

Concluído o apuramento de contas, foi elaborado e remetido à AEnergia, S. A., em 5 de Agosto de 2019, um Protocolo para a Cessação dos Contratos, para pôr termo às recíprocas relações jurídicas entre as Partes decorrentes dos Contratos, sem prejuízo do normal funcionamento das instalações e equipamentos que constituem os respectivos escopos, designadamente sem perturbações na produção de energia e no seu escoamento.

Nos termos desse Protocolo, as actividades realizadas pela AENERGIA, S.A., após 30 de Abril de 2019 e os fornecimentos ainda a considerar seriam objecto de verificação e valorização pela DAR ANGOLA CONSULTORIA, LDA., com referência aos escopos e valores estipulados nos Contratos, logo que a AENERGIA, S.A., disponibilizasse todos os elementos considerasse necessários.

O referido Protocolo de Acordo não foi assinado, nem mereceu sequer contraproposta por parte da AENERGIA, S.A.

Mod. 3/A – Org. Muké, Lda

Continuação

# MINISTÉRIO DA ENERGIA E ÁGUAS

Assim sendo, foi reiterada a solicitação de autorização de Sua Excelência, Presidente da República, para a rescisão dos Contratos, como é imposto pela prossecução do interesse público, em razão dos comportamentos da AENERGIA, S.A., na utilização do financiamento da GE Capital para o pagamento de quatro turbinas não compreendidas no escopo dos Contratos, violadores do princípio da boa-fé e consequente destruição irremediável da confiança na AENERGIA, S.A.

Constatou-se, além disso, o desaparecimento do pressuposto, essencial dos Contratos, de suporte tecnológico da GE em parceria com a AENERGIA, S.A.

A solicitada autorização foi dada pelo Despacho Presidencial nº 155/19, de 23 de Agosto de 2019.

Assim, ao abrigo deste Despacho Presidencial e do n.º 1 do artigo 352.º, n.º 4 do artigo 320.º, artigo 411.º da Lei n.º 9/16, de 16 de Junho, Lei dos Contratos Públicos, com fundamento na destruição irremediável da confiança na AENERGIA, S.A., em razão dos comportamentos da AENERGIA, S.A., na utilização do financiamento da GE Capital para o pagamento de quatro turbinas não compreendidas no escopo dos Contratos, violadores do princípio da boa-fé, que constitui elemento essencial, numa relação contratual e de prossecução do interesse público, como a que decorre dos Contratos*, Bem como no desaparecimento do pressuposto, absolutamente essencial dos Contratos, de suporte tecnológico da GE em parceria com a AENERGIA, rescindem-se os Contratos, com efeitos a 30 de Abril de 2019, do que a AENERGIA, S.A. é formalmente notificada pelo presente ofício.

*Contratos rescindidos:
Contratos relativos à instalação de novas centrais de produção de energia, a assistência técnica e manutenção aos centros electroprodutores, bem como a construção de pequenos sistemas de abastecimento de água, celebrados entre a Empresa de Produção de Electricidade – PRODEL e a Empresa Nacional de Distribuição de Electricidade - ENDE, em representação do Ministério da Energia e Águas e a Empresa AENERGIA S.A., ao abrigo do Acordo de Empréstimo celebrado entre o Ministério das Finanças e a GE Capital Limitada, designadamente:

1. Contrato de Fornecimento e Assistência Técnica para a Garantia de Disponibilidade de Três Turbinas da Central Térmica de Malembo, na Província de Cabinda, aprovado pelo Despacho

Mod. 3/A – Org. Motió. Lda

Continuação

# MINISTÉRIO DA ENERGIA E ÁGUAS

Presidencial n.º 193/17, de 12 de Julho, no valor equivalente em kwanzas a USD 61.155.200,00;

2. Contrato de Fornecimento e Assistência Técnica para Garantia de Disponibilidade de Seis Centrais com Turbinas GE, Centrais Térmicas do Cazenga, CFL de Luanda, Viana e Boavista, na Província de Luanda, e Centrais Térmicas da Quileva e Biópio, na Província de Benguela, aprovado pelo Despacho Presidencial n.º 203/17, de 13 de Julho, no valor equivalente em kwanzas a USD 86.000.000,00;

3. Contrato de Fornecimento e Assistência Técnica para a Realização de Revisões Capitais na Central Térmica do Aeroporto, na Província do Namibe, aprovado pelo Despacho Presidencial n.º 189/17, de 12 de Julho, no valor equivalente em Kwanzas a USD 4.888.334,08;

4. Contrato de Fornecimento e Assistência Técnica para a Revisão Capital incluindo o fornecimento de uma Turbina Recondicionada para a Unidade GT1na Central Térmica de Viana, na Província de Luanda, bem como, a sua relocação na Cidade do Lubango, aprovado pelo Despacho Presidencial n.º 191/17, de 12 de Julho, no valor equivalente em Kwanzas a USD 11.561.427,00;

5. Contrato de Fornecimento e Assistência Técnica para Realização de Revisões Capitais das duas Turbinas Siemens instaladas sobre Barcaças na Central Térmica da Boavista I, na Província de Luanda, aprovado pelo Despacho Presidencial n.º 192/17, de 12 de Julho, no valor equivalente em kwanzas a USD 32.886.000,00;

6. Contrato de Fornecimento e Assistência Técnica para Realização de Revisões Capitais e Constituição de um Banco de Peças para Cobertura Nacional, aprovado pelo Despacho Presidencial n.º 202/17, de 13 de Julho, no valor equivalente em kwanzas a USD 119.914.591,51;

7. Contrato de Fornecimento e Montagem para Aumento da Capacidade de Geração Termoeléctrica da Central Térmica do Menongue em 54 MW, na Província do Kuando Kubango, aprovado pelo Despacho Presidencial n.º 204/17, de 13 de Julho, no valor equivalente em kwanzas a USD 69.018.000,00;

8. Contrato de Fornecimento e Montagem para Aumento da Capacidade de Geração Termoeléctrica da Central Térmica do Cuito (19,6MW), na Província do Bié, aprovado pelo Despacho

Mod. 3/A – Org. Moltó, Lda

Continuação

# MINISTÉRIO DA ENERGIA E ÁGUAS

Presidencial n.º 205/17, de 13 de Julho, no valor equivalente em kwanzas a USD 34.509.000,00;

9. Contrato de Fornecimento, Instalação e Comissionamento de uma Turbina Aero - Derivativa Móvel GE TM 2500+ GEN8, com capacidade de produção de 31 MW, com o BOP Mecânico e Eléctrico Móvel e respectivos Tanques de Combustível Contentorizados, aprovado pelo Despacho Presidencial n.º 216/17, de 01de Agosto, no valor equivalente em Kwanzas a USD 30.323.800,00;

10. Contrato de Fornecimento e Assistência Técnica para Garantia de Disponibilidade das Turbinas da Central de Ciclo Combinado do Soyo I, na Província do Zaire, aprovado pelo Despacho Presidencial n.º 208/17, de 19 de Julho, no valor equivalente em kwanzas a USD 350.000.00,00;

11. Contrato de Fornecimento e Montagem de duas Turbinas GE 6B, para o Reforço de Potência em 76 MW na Central Térmica de Malembo, aprovado pelo Despacho Presidencial n.º 225/14, de 27de Novembro, no valor equivalente em Kwanzas a USD 132.973.000,00, e transferidas posteriormente para a Central Térmica da Quileva, Província de Benguela.

12. Contrato de Fornecimento, Instalação, Comissionamento e Assistência Técnica de Geradores Industriais, Geradores Domésticos, kits de Geração Fotovoltaica e Fornecimento de Equipamentos para Montagem de Redes de MT, BT e IP para Sistemas Eléctricos Isolados de cobertura Nacional, aprovado pelo Despacho Presidencial n.º 195/17, de 12 de Julho, no valor equivalente em Kwanzas a USD 114.267.108,40;

13. Contrato de Fornecimento, Montagem e Comissionamento de equipamentos para a construção de 25 Pequenos Sistemas de Água e 346 pontos de Água Melhorados, em zonas suburbanas e rurais, nas Províncias do Bié, Benguela, Huambo e Uíge, aprovado pelo Despacho Presidencial n.º 190/17, de 12 de Julho, no valor equivalente em Kwanzas a USD 100.000.000,00;

A presente rescisão é feita sem prejuízo do acerto final das contas com a AENERGIA, S.A., a apurar em função da execução física e financeira dos contratos acima referidos, bem como da entrada do MINISTÉRIO DA ENERGIA E ÁGUAS na posse administrativa dos equipamentos que constituem os respectivos escopos, nos termos do n.º 5 do artigo 320.º da Lei n.º 9/16, de 16 de Junho, bem como de todas as providências adequadas a assegurar a protecção do interesse público,

Continuação

# MINISTÉRIO DA ENERGIA E ÁGUAS

designadamente quanto à posse dos equipamentos adquiridos no âmbito dos Contratos e ainda na detenção indevida da AENERGIA, S.A., e das quatro turbinas adquiridas no âmbito do financiamento GE Capital, e à continuidade da execução dos Contratos.

Sem mais de momento, pedimos aceite, os nossos

Distintos Cumprimentos.

GABINETE DO MINISTRO DA ENERGIA E ÁGUAS, em Luanda, aos 02 de Setembro de 2019.

O DIRECTOR DE GABINETE

-CARLOS GIL FERREIRA DE SOUSA-

Mod. 3/A – Org. Matui, Lda

# EXHIBIT 18

Obter o Outlook para iOS

---

**De:** Walter da Cruz Pacheco <walter.pacheco@minfin.gov.ao>
**Enviado:** segunda-feira, julho 15, 2019 2:15 PM
**Para:** Jorge Neto Morgado (Aenergy)
**Cc:** Augusto Archer de Sousa Mangueira
**Assunto:** RE: Facturas Pendentes de Pagamento UGD/MINFIN

Estimado Dr. Jorge,

O Ministério das Finanças tem o projecto enquadrado na linha de financiamento com a GE, que está pendente em função de uma contenda entre a Aenergy e a GE Angola.

Até Dezembro de 2017, o primeiro desembolso ocorreu sem constrangimentos, e tínhamos tudo pronto para dar seguimento.

Contudo, em função de uma contenda entre a GE Angola e a Aenergia, os desembolsos ficaram pendentes. O Dr. Jorge participou na reunião quadripartida e sabe que urge a necessidade de se concluir as questões comerciais.

Assim, não é do nosso conhecimento da conclusão do processo, portanto não subscrevemos o teor do vosso email, que indicia atrasos por parte do MINFIN.

Não vemos nenhum entrave em dar seguimento aos desembolsos, mas só será feito caso se conclua as questões comerciais, pois não podemos ter 2 linhas abertas para o mesmo projecto – é ilegal.

Em relação aos ofícios que mencionou, já solicitamos um esclarecimento**cabal** ao MINEA, pelo que recomendamos que interajam com eles.

MC

WP

Walter da Cruz Pacheco

Director Geral

**Unidade de Gestão da Dívida Pública**

UNIDADE
DE GESTÃO
DA DÍVIDA PÚBLICA

*Orgão superintendido do*
*Ministério das Finanças*

Ministério das Finanças • Largo da Mutamba • Luanda •

Telefone: 222 70 60 00 • Ext.: 6077

www.minfin.gov.ao

*Esta mensagem, bem como ficheiros anexos, é confidencial e reservada apenas ao conhecimento do(s) pessoa (s) identificada(s) como destinatário(s). Se não é o destinatário, ou se recebeu esta mensagem por engano, solicitamos que não faça uso do respectivo conteúdo e proceda de imediato à sua destruição, notificando o remetente. A segurança da transmissão de informação por via electrónica não pode ser garantida pelo remetente, o qual, em consequência, não se responsabiliza por qualquer facto susceptível de afectar a sua integridade*

*This message, as well as any existing attached files, is confidential and intended exclusively for the individual(s) named as addressees. If you are not the intended recipient, or if it was sent to you by error, you are kindly requested not to make any use of its contents and to proceed to the destruction of the message, thereby notifying the sender. The sender of this message cannot guarantee the security of its electronic transmission and consequently does not accept liability for any fact, which may interfere with the integrity of its content*



MINISTÉRIO DAS
**FINANÇAS**
REPÚBLICA DE ANGOLA

**De:** Jorge Neto Morgado (Aenergy) <jorge.morgado@aenergy.com>
**Enviada:** 15 de julho de 2019 13:16
**Para:** Walter da Cruz Pacheco <walter.pacheco@minfin.gov.ao>
**Cc:** Augusto Archer de Sousa Mangueira <archer.mangueira@minfin.gov.ao>
**Assunto:** Facturas Pendentes de Pagamento UGD/MINFIN

Estimado Dr. Walter Pacheco,

Na sequência da execução dos trabalhos que temos vindo a realizar nos 13 projectos em vigor e contratados com as entidades tuteladas pelo MINEA, a saber, a PRODEL EP, ENDE EP e DIRECÇÃO NACIONAL DAS AGUAS, financiado ao abrigo da linha de Crédito da GE Capital, como é do conhecimento das várias entidades envolvidas, somente ocorreu um desembolso parcial da referida Linha de Crédito em Dezembro de 2017.

Estando em Julho de 2019, passado cerca de um ano e meio, temos continuado a execução dos referidos projectos, ainda que com dificuldade e muitas vezes recorrendo a outros instrumentos financeiros internos da AE mas, tendo em consideração o desconhecimento sobre o estado actual e perspectiva de próximos desembolsos, decidimos enviar a presente carta no sentido de obter o esclarecimento possível por forma a podermos gerir as expectativas de fornecedores e nosso cliente MINEA.

Assim sendo, em resposta ao nosso pedido, o MINEA, em ofício nº 270/GEPE-MINEA/2019, comunicou-nos que se encontram para pagamento no MINFIN, com as respectivas peças orçamentais emitidas, um conjunto de facturas Nºs 1/2018, 3/2018, 4/2018, 5/2018 que totalizam USD 34.005.367,00. Por outro lado, encontram-se a aguardar a emissão das respectivas peças orçamentais um outro conjunto de facturas (nºs 6/2017, 2/2018, 9/2018, 8/2018, 5/2019, 6/2019, 10/2019, 12/2019) que totalizam USD 50.007.831,55, as quais também serão posteriormente enviadas para o MINFIN, sendo que a factura 6/2017 no valor de USD 6.897.814,00 emitida e submetida ao MINFIN em 2017, por lapso não foi incluída no 1º desembolso. Em resumo, temos neste momento um valor de USD 84.013.198,00 de facturas pendentes de recebimento com uma antiguidade significativa como acima se explica.

Estando a nossa empresa desde Dezembro de 2017, sendo ter acesso a qualquer desembolso adicional ao abrigo da referida Linha de Crédito e, neste momento, desconhecendo qual a data prevista para o próximo desembolso, vimos por este meio solicitar ao MINFIN que nos possa

informar sobre o prazo estimado para o pagamento das facturas acima discriminadas que, como já referido, totalizam um valor de USD 84.013.198,00.

Estamos a V. inteira disponibilidade para podermos reunir nos próximos dias em função da agenda da equipa da UGD/MINFIN no sentido de clarificar e obter a perspectiva possível.

Sem mais assunto de momento, apresentamos os nossos melhores cumprimentos.

**Jorge Neto Morgado**

Co CEO

Mobile: (+244) 942 44 09 90

Mobile: (+351) 96 66 24 067

Angola | Ghana | Cameroon | Portugal

aenergy.com

 

AVISO DE CONFIDENCIALIDADE. Esta mensagem e a informação contida ou anexa a mesma é privada e confidencial e é dirigida exclusivamente ao seu destinatário. Se recebeu esta mensagem por engano, saiba que a mesma contém informação confidencial cujo uso, cópia, reprodução ou distribuição está expressamente proibido e pedimos-lhe que informe o remetente, o mais breve possível, e a elimine sem copiar, imprimir, ler ou utilizá-la de nenhum modo.

CONFIDENTIALITY WARNING. This message and the information contained in or attached to it are private and confidential and intended exclusively for the addressee. If you are not an intended recipient of this E-mail be aware that it contains privileged information and its use, copy, reproduction or distribution is prohibited and please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute any portion of this E-mail.

Translation

Get Outlook for iOs

---

**From:** Walter da Cruz Pacheco <walter.pacheco@minfin.gov.ao>
**Sent:** Monday, July 15 2019, 2:15 PM
**To:** Jorge Neto Morgado (Aenergy)
**Cc:** Augusto Archer de Sousa Mangueira
**Subject:** RE: Invoices pending payment UGD/MINFIN

Dear Mr. Jorge,

The Ministry of Finance has included the project in the GE credit line, which is currently pending pursuant to a dispute between AE and GE Angola.

In December 2017, the first disbursement took place without setbacks, and we had everything ready to follow-up in the same manner.

However, due to a dispute between GE Angola and Aenergy, further disbursements have been suspended. You yourself have participated in the four-party meeting, and are certainly aware of the pressing need to close these commercial questions.

As such, we are not aware of the conclusion of the procedure, and cannot agree with the contents of your e-mail, which invoke default in payment by MINFIN.

We do not see any obstacle to resuming the disbursements; however, that will only take place when the aforementioned commercial issues are duly resolved, because we cannot have two credit lines open for the same project – it is illegal.

In what pertains to the letters you have mentioned, we have already requested **comprehensive** clarification from MINEA, so we advise you to contact MINEA directly.

MC

WP

| | |
|---|---|
| [logo of the Angolan Public Debt Management Division] Entity under the purview of the Ministry of Finance | **Walter da Cruz Pacheco** General Director **Public Debt Management Division** Ministry of Finance – Largo da Mutamba – Luanda – Telephone: 222 70 60 00 – Ext. 6077 www.minfin.gov.ao |

*This message, as well as any existing attached files, is confidential and intended exclusively for the individual(s) named as addressees. If you are not the intended recipient, or if it was sent to you by error, you are kindly requested not to make any use of its contents and to proceed to the destruction of the message, thereby notifying the sender. The sender of this message cannot guarantee the security of its electronic transmission and consequently does not accept liability for any fact which may interfere with the integrity of its content.*

Translation

[Ministry of Finance banner picture]

**From:** Jorge Neto Morgado (Aenergy) <jorge.morgado@aenergy.com>
**Sent:** Monday, July 15 2019, 13:16
**To:** Walter da Cruz Pacheco <walter.pacheco@minfin.gov.ao>
**Cc:** Augusto Archer de Sousa Mangueira <archer.mangueira@minfin.gov.ao>
**Subject:** Invoices pending payment UGD/MINFIN

Dear Mr. Walter Pacheco

Pursuant to the execution of the works which have been underway pertaining to the 13 projects still in force, contracted with the entities under MINEA's purview – to wit, PRODEL EP, ENDE EP and DIRECÇÃO NACIONAL DAS AGUAS – and financed under the GE Capital Credit Line, as the several parties involved certainly know, only one partial disbursement has, to date, been paid by the aforementioned Credit Line, in December 2017.

Seeing as it is, presently, July 2019, and around a year and a half has since elapsed, we have been continuing the execution of the aforementioned projects, albeit with some difficulty and often having to resort to AE's own financial instruments. However, considering that we do not know if and when the next disbursements will take place, we have decided to send this letter so as to obtain clarification on this matter and as such, permit us to manage the expectations of our suppliers, and of our client MINEA.

As such, in response to our request, MINEA, in the letter with the reference 270/GEPE-MINEA/2019, informed us that a number of invoices, with nrs. 1/2018, 3/2018, 5/2018, in a total amount of USD 34.005.366,00, are currently pending payment by MINFIN with the corresponding budgetary documentation already issued. Additionally, a number of invoices (nrs. 6/2017, 2/2018, 9/2018, 8/2018, 5/2019, 6/2019, 10/2019, 12/2019), totaling USD 50.007.831,55, are currently awaiting the issuing of their corresponding budgetary documentation. These latter invoices shall also later be sent to MINFIN, being that invoice nr. 6/2017, in the amount of USD 6.897.814,00, issued and submitted to MINFIN in 2017, was by mistake not included in the first disbursement. In short, we have, currently, the amount of USD 84.013.198 outstanding in pending invoices, being that said invoices are already quite old, as detailed above.

Seeing as our company has been, since December 2017, without any access to any additional amounts disbursed by the aforementioned Credit Line, and that, at the present moment, we do not know what is the estimated date for the next disbursement, we hereby request that MINFIN inform us of the estimated time frame for the payment of the invoices referred to above, which, as already mentioned, total the amount of USD 84.013.198,00.

We remain at your entire disposition to meet in the following days, subject to UGD/MINFIN's availability, so as to clarify these matters and discuss the estimated next steps.

Without further issue at the moment, we extend you our best regards.

**Jorge Neto Morgado**

Translation

Co CEO

Mobile: (+244) 942 44 09 90

Mobile: (+351) 96 66 24 067

Angola | Ghana | Cameroon | Portugal

[AEnergy logo]

CONFIDENTIALITY WARNING. This message and the information contained in or attached to it are private and confidential and intended exclusively for the addressee. If you are not an intended recipient of this E-mail be aware that it contains privileged information and its use, copy, reproduction or distribution is prohibited and please notify the sender, delete it and do not read, act upon, print, disclose, copy, retain or redistribute any portion of this E-mail.

# EXHIBIT 20

[FILED UNDER SEAL]