UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

20 CV 3569

JUDGE NATHAN

---------------------------------------x

AENERGY, S.A. and COMBINED CYCLE
POWER PLANT SOYO, S.A.,

        Plaintiffs,

v.

REPUBLIC OF ANGOLA; MINISTRY OF
ENERGY AND WATER OF THE REPUBLIC OF
ANGOLA; MINISTRY OF FINANCE OF THE
REPUBLIC OF ANGOLA; EMPRESA PÚBLICA
DE PRODUÇÃO DE ELECTRICIDADE, EP; and
EMPRESA NACIONAL DE DISTRIBUIÇÃO DE
ELECTRICIDADE,

        Angola Defendants,

*and*

GENERAL ELECTRIC COMPANY; GENERAL
ELECTRIC INTERNATIONAL, INC.; and GE
CAPITAL EFS FINANCING, INC.,

        GE Defendants.

---------------------------------------x

CIVIL ACTION NO. _____

[PROPOSED] ORDER
GRANTING PLAINTIFFS'
APPLICATION TO FILE
COMPLAINT AND EXHIBITS
PROVISIONALLY UNDER
SEAL AND WITH
REDACTIONS

    The Court having reviewed the submission filed by Plaintiffs and having found that good cause exists for Plaintiffs' application to file certain documents with redactions, it is therefore hereby:

    ORDERED that the Plaintiffs' complaint and exhibits may be provisionally filed with redactions, with an unredacted version filed under seal and served on all defendants; and

    IT IS FURTHER ORDERED that, within 7 days of having been served with an unredacted version of the complaint and exhibits, the GE Defendants shall either (1) file a letter stating that they do not wish to seek sealed treatment of the complaint and exhibits, in which

event Plaintiffs may then file the complaint and exhibits publicly, or (2) file a letter-motion explaining why continued sealing is warranted, identifying those parts that they believe warrant continued sealed treatment, and providing supporting fact affidavits and other materials necessary to justify such treatment under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006).

SO ORDERED.

Dated: New York, New York
      May 7, 2020

_____
United States District Judge
Southern District of New York