**COVINGTON**

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

David Z. Pinsky

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1177
dpinsky@cov.com

*By ECF*                                                                 May 19, 2020

Hon. Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, NY 10007

      Re:    *Aenergy, S.A. v. Republic of Angola*, No. 20-cv-03569-AJN

Dear Judge Nathan:

      We write on behalf of defendants General Electric Company, General Electric International, Inc., and GE Capital EFS Financing, Inc. (together, the "GE Defendants") in the above action. In accordance with the Court's Order dated May 7, 2020 (ECF No. 6), we write to inform the Court that the GE Defendants do not seek sealed treatment of the complaint and exhibits filed by plaintiffs Aenergy, S.A. and Combined Cycle Power Plant Soyo, S.A. (ECF No. 1).

      Respectfully,

      *s/ David Z. Pinsky*

      David Z. Pinsky

cc:    All Counsel of Record (*by ECF*)