```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AENERGY, S.A. and COMBINED CYCLE POWER
PLANT SOYO, S.A.,

                      Plaintiffs,

     -v-

REPUBLIC OF ANGOLA *et al.*,

                      Defendants.
-------------------------------------------------------------------X

20-CV-3569 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On September 18, 2020, Defendants General Electric Company, General Electric International, Inc., and GE Capital EFS Financing, Inc. filed a letter motion to seal/redact documents in support of GE Defendants' motion to dismiss. *See* Dkt. 49. Plaintiffs responded on September 21, 2020. *See* Dkt. 56. It is hereby ORDERED that the parties appear for a telephone conference with the Court on October 15, 2020 at 10:00 a.m. to address the issues discussed in these letters. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: October 13, 2020
       New York, New York

                                                  JOHN P. CRONAN
                                                  United States District Judge