```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/4/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

AENERGY, S.A., and COMBINED CYCLE POWER PLANT SOYO, S.A.,

        Plaintiffs,

  - vs -

REPUBLIC OF ANGOLA; MINISTRY OF ENERGY AND WATER OF THE REPUBLIC OF ANGOLA; MINISTRY OF FINANCE OF THE REPUBLIC OF ANGOLA; EMPRESA PÚBLICA DE PRODUÇÃO DE ELECTRICIDADE, EP; and EMPRESA NACIONAL DE DISTRIBUIÇÃO DE ELECTRICIDADE,

        Angola Defendants,

  and

GENERAL ELECTRIC COMPANY; GENERAL ELECTRIC INTERNATIONAL, INC.; and GE CAPITAL EFS FINANCING, INC.,

        GE Defendants.
-----------------------------------------------------------x

No. 1:20-CV-03569-JPC

## ~~[PROPOSED]~~ ORDER

      WHEREAS, on September 18, 2020, Defendants General Electric Company, General Electric International, Inc. and GE Capital EFS Financing, Inc. (the "GE Defendants") filed their Motion to Dismiss (Dkt. No. 50);

      WHEREAS, on September 18, 2020, the GE Defendants also filed a letter-motion to seal (Dkt. No. 49) their Memorandum of Law in Support of their Motion to Dismiss and various supporting documents and exhibits pertaining to their Motion to Dismiss;

WHEREAS, on September 18, 2020, the GE Defendants filed a redacted version of their Memorandum of Law in Support of their Motion to Dismiss (Dkt. No. 51);

WHEREAS, on September 18, 2020, the GE Defendants filed a sealed, unredacted version of the Memorandum of Law in Support of the GE Defendants' Motion to Dismiss and sealed, unredacted Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 17, and 19 to the Orin Snyder Declaration (the "Snyder Declaration") (Dkt. No. 54);

WHEREAS, on October 15, 2020, the Court held a telephone conference with Plaintiffs and the GE Defendants and during which Plaintiffs and the GE Defendants confirmed that, following a compromise between the parties, (1) the GE Defendants would withdraw their Letter-Motion to Seal, and (2) the parties would meet and confer about redactions to the pricing information contained in certain of the GE Defendants' previously sealed exhibits to the Snyder Declaration;

WHEREAS, on October 28, 2020, Plaintiffs and the GE Defendants met and conferred concerning redactions to Exhibits 5, 6, 8, and 9 to the Snyder Declaration and Plaintiffs indicated that they do not oppose the GE Defendants' requested redactions to those Exhibits;

WHEREAS, on October 29, 2020, the GE Defendants refiled unredacted, publicly available copies of the Memorandum of Law in Support of their motion to Dismiss and unredacted, publicly available copies of Exhibits 1, 2, 3, 4, 7, 10, 17, and 19 to the Snyder Declaration;

WHEREAS, on October 29, 2020, the GE Defendants filed a letter motion requesting redactions to certain commercially sensitive line-item pricing information contained in Exhibits 5, 6, 8, and 10 to the Snyder Declaration, it is hereby:

ORDERED that the GE Defendants' Letter-Motion to Seal (Dkt. No. 49) is withdrawn,

ORDERED that the redacted version of GE Defendants' Memorandum of Law in Support of Its Motion to Dismiss (Dkt. No. 51) shall remain on the court's electronic docket undisturbed and available to the general public,

ORDERED that the sealed, unredacted version of the Memorandum of Law in Support of the GE Defendants' Motion to Dismiss and the sealed, unredacted Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 17, and 19 to the Snyder Declaration (Dkt. No. 54) shall remain on the court's electronic docket undisturbed, available to the Court and the parties and unavailable to the general public,

ORDERED that the GE Defendants' Letter-Motion, dated October 29, 2020 (Dkt. No. 74) requesting redactions of confidential and commercially sensitive line-item pricing information contained in Exhibits 5, 6, 8, and 9 to the Snyder Declaration, and reattached as Exhibits 1 through 4 to the Ilissa Samplin Declaration in support of the GE Defendants' motion requesting redactions, is granted, and that these exhibits are so filed in the redacted form requested by the GE Defendants.

IT IS SO ORDERED.

Dated: New York, New York
       November __2__, 2020

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　Hon. John P. Cronan
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge