UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
AENERGY, S.A. and COMBINED CYCLE POWER :
PLANT SOYO, S.A.,
:
:
                Plaintiffs,     :     20-CV-3569 (JPC)
:
       -v-              :     ORDER
:
REPUBLIC OF ANGOLA *et al.*,       :
:
               Defendants.   :
:
-------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

    The Court will hear oral argument for the two pending motions to dismiss, *see* Dkts. 50, 58, on April 19, 2021 at 11:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  Any interested parties may listen to the proceeding by dialing (866) 434-5269, access code 9176261 at the scheduled time.

    SO ORDERED.

Dated: April 6, 2021
       New York, New York
                                              JOHN P. CRONAN
                                     United States District Judge