UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
AENERGY, S.A. and COMBINED CYCLE POWER
PLANT SOYO, S.A.,

                      Plaintiffs,

              -v-

REPUBLIC OF ANGOLA *et al.*,

                      Defendants.
------------------------------------------------------------------ X

20 Civ. 3569 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

Plaintiffs moved to permit the filing under seal of the Declarations of Ricardo Leitão Machado and his security detail. Dkt. 114. The Court must evaluate this request under the standards set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). These documents contain information that, if made public, might place Machado or his family in danger. Courts routinely allow sealing in such circumstances. *See, e.g.*, *Walker v. City of New York*, No. 15 Civ. 500 (NG), 2017 WL 2799159, at *6 (E.D.N.Y. June 27, 2017). The Court thus grants Plaintiffs' motion. Dkt. 114. The Court also grants Defendants' requests to redact portions of their letters that discuss these Declarations, and file the unredacted documents under seal. *See* Dkts. 118, 122.

The Clerk of Court is respectfully directed to terminate the motions pending at Docket Numbers 114 and 118. The Court will also place the Angolan Defendants' unredacted letter, which was submitted to the Court via e-mail, *see* Dkt. 122 at 1, in the sealed vault.

SO ORDERED.

Dated: May 19, 2021
       New York, New York

                                                   JOHN P. CRONAN
                                                   United States District Judge