UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
AENERGY, S.A. and COMBINED CYCLE POWER :
PLANT SOYO, S.A., :
:
                Plaintiffs, :    20 Civ. 3569 (JPC)
:
     -v-  :    <u>ORDER</u>
:
REPUBLIC OF ANGOLA *et al.*, :
:
                Defendants. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 19, 2021, the Court granted Defendants' motions to dismiss and conditionally dismissed this action on the grounds of *forum non conveniens*. Dkt. 128. Dismissal was conditioned "on all Defendants agreeing to accept service in Angola and to waive the assertion of any statute of limitations defenses that may have arisen since the filing of this action." *Id.* at 42-43. On June 17, 2021, Defendants submitted a joint stipulation and proposed order that states that Defendants "will accept service in Angola and will waive the assertion of any statute of limitations defenses in Angola that may have arisen since the filing of this action." Dkt. 135 at 2. This accords with the conditions outlined in the Court's Opinion and Order. However, Plaintiffs have refused to sign it. *See* Dkt. 134.

Within two business days of the filing of this Order, the parties shall submit a joint stipulation signed by Plaintiff and Defendants. If Plaintiffs refuse to agree to Defendants' joint stipulation and proposed order, Dkt. 135, the Court will remove the conditions of dismissal outlined in its Opinion and Order, Dkt. 128 at 42-43, and will dismiss this action without further notice.

SO ORDERED.

Dated: June 19, 2021
      New York, New York                                    JOHN P. CRONAN
                                                               United States District Judge